# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ANTI-VIVISECTION SOCIETY, et al., | ) ) ) |
| Plaintiffs, | ) ) **NO. 18-cv-01138-TNM** |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) ) ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that the office address, phone number, and email address of Bruce A. Wagman have changed. The new contact information is as follows:

> Bruce A. Wagman
> RILEY SAFER HOLMES & CANCILA, LLP
> 456 Montgomery Street, 16th Floor
> San Francisco, CA 94104
> Telephone: 415.275.8540
> bwagman@rshc-law.com

Date: November 14, 2018              Respectfully submitted,


                                     By:   /s/ Bruce A. Wagman
                                     Bruce A. Wagman (159987)
                                     456 Montgomery Street, 16th Floor
                                     San Francisco, CA 94104
                                     Telephone: 415.275.8540
                                     bwagman@rshc-law.com

                                     *Attorney for Plaintiffs American Anti-Vivisection Society and Avian Welfare Coalition*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 14, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

                  /s/ Bruce A. Wagman