**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN ANTI-VIVSECTION SOCIETY** | |
| and | |
| **AVIAN WELFARE COALITION**, | |
| *Plaintiffs*, | |
| v. | Civil Case No. 1:18-cv-1138-TNM |
| **UNITED STATES DEPARTMENT OF AGRICULTURE** | |
| and | |
| **SONNY PERDUE**, in his official capacity as United States Secretary of Agriculture, | |
| *Defendants*. | |

## <u>NOTICE OF WITHDRAWAL</u>

NOTICE IS HEREBY GIVEN by Plaintiffs the American Anti-Vivisection Society and the Avian Welfare Coalition (collectively, "Plaintiffs"), through its undersigned counsel, that E. Rebecca Gantt is hereby withdrawing as counsel for the Plaintiffs.

Ms. Gantt is currently counsel for Plaintiffs but no longer works for the law firm of McGuireWoods LLP.  Plaintiffs thus notice the withdrawal of Ms. Gantt as counsel and will continue to be represented here by Bruce Wagman, Nathan R. Pittman, Lyle D. Kossis, and Michael A. Shafer.  Ms. Gantt's withdrawal will not result in delay or inconvenience to any party, counsel, or the Court because the remaining counsel for the Plaintiffs are well-prepared to represent Plaintiffs in this case.

1

Dated:  March 19, 2020                    Respectfully submitted,

/s/ *Nathan R. Pittman*
Nathan R. Pittman (DC Bar # 1034420)
McGuireWoods LLP
2001 K Street N.W., Suite 400
Washington, D.C. 20006
Phone: (202) 857-2469
Fax: (202) 828-3317
npittman@mcguirewoods.com

*Attorney for American Anti-Vivisection Society and Avian Welfare Coalition*

/s/ *Lyle D. Kossis*
Lyle D. Kossis (admitted via *pro hac vice*)
Michael A. Shafer (admitted via *pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Phone: (804) 775-4703
Fax: (804) 698-2041
lkossis@mcguirewoods.com
mshafer@mcguirewoods.com

*Attorneys for American Anti-Vivisection Society and Avian Welfare Coalition*

/s/ *E. Rebecca Gantt*
E. Rebecca Gantt (DC Bar # 988752)
Assistant United States Attorney
Eastern District of Virginia
101 W. Main St., Suite 8000
Norfolk, VA 23510
Phone: (757) 441-3554
rebecca.gantt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2020, I caused the foregoing to be filed with the Clerk of the U.S. District Court for the District of Columbia using the Court's CM/ECF system, which will electronically serve copies of the same on counsel for all parties.

/s/ *Lyle D. Kossis*
Lyle D. Kossis (admitted via *pro hac vice*)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Phone: (804) 775-4703
Fax: (804) 698-2041
lkossis@mcguirewoods.com

*Attorney for American Anti-Vivisection Society and Avian Welfare Coalition*