**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ANTI-VIVISECTION SOCIETY and AVIAN WELFARE COALITION, *Plaintiffs*, v. UNITED STATES DEPARTMENT OF AGRICULTURE and SONNY PERDUE, in his official capacity as United States Secretary of Agriculture, *Defendants*. | Civil Action No. 1:18-cv-1138 (TNM) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

NOTICE IS HEREBY GIVEN by Plaintiffs the American Anti-Vivisection Society and the Avian Welfare Coalition, through their undersigned counsel, that Michael Shafer is hereby withdrawing as counsel for the Plaintiffs.  Mr. Shafer is currently counsel for Plaintiffs but no longer works for the law firm of McGuireWoods LLP.  Plaintiffs thus notice the withdrawal of Mr. Shafer as counsel and will continue to be represented here by Bruce A. Wagman, A. Wolfgang McGavran, and Lyle D. Kossis.  Mr. Shafer's withdrawal will not result in delay or inconvenience to any party, counsel, or the Court because the remaining counsel for the Plaintiffs are well-prepared to represent Plaintiffs in this case.

Dated:  July 19, 2021                              Respectfully submitted,

/s/ *Michael Shafer*                               /s/ *A. Wolfgang McGavran*
Michael Shafer (*pro hac vice*)                    A. Wolfgang McGavran (DC Bar # 241891)
Formerly of:                                       McGuireWoods LLP
McGuireWoods LLP                                   Black Lives Matter Plaza
800 E. Canal Street                                888 16th Street N.W., Suite 500
Richmond, VA 23219                                 Washington, D.C. 20006
mshafer@mcguirewoods.com                           Phone: (202) 857-2471
                                                   Fax: (202) 828-2971
                                                   wmcgavran@mcguirewoods.com

                                                   *Counsel for American Anti-Vivisection Society*
                                                   *and Avian Welfare Coalition*

                                                   /s/ *Sue A. Leary*
                                                   President, American Anti-Vivisection Society

                                                   /s/ *Denise Kelly*
                                                   Director, Avian Welfare Coalition

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2021, I caused the foregoing to be filed with the Clerk of the U.S. District Court for the District of Columbia using the Court's CM/ECF system, which will electronically serve copies of the same on counsel for all parties.

<u>/s/ *A. Wolfgang McGavran*</u>
A. Wolfgang McGavran (DC Bar # 241891)
McGuireWoods LLP
Black Lives Matter Plaza
888 16th Street N.W., Suite 500
Washington, D.C. 20006
Phone: (202) 857-2471
Fax: (202) 828-2971
wmcgavran@mcguirewoods.com

*Counsel for American Anti-Vivisection Society*
*and Avian Welfare Coalition*