IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ANTI-VIVISECTION SOCIETY and AVIAN WELFARE COALITION,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and THOMAS VILSACK, in his official capacity as United States Secretary of Agriculture,<br><br>    Defendants. | Civil Action No. 1:18-cv-1138 (TNM) |

## STATUS REPORT

On May 26, 2020, this Court issued a scheduling order governing the promulgation by the United States Department of Agriculture and Thomas Vilsack, in his official capacity as the Secretary of Agriculture, ("Defendants"), of regulations under the Animal Welfare Act that will apply to birds not bred for use in research. *See* Order (May 26, 2020), ECF No. 37 (the "Scheduling Order").

As indicated in the last Status Report (ECF No. 47), the comment period closed on May 25, 2022, for the Notice of Proposed Rulemaking (*Standards for Birds Not Bred for Use in Research Under the Animal Welfare Act*, 87 Fed. Reg. 9880 (Feb. 22, 2022)). Defendants are currently considering the comments as they write the final rule.

Pursuant to the Scheduling Order, the next Status Report is due in 90 days, or on Monday, November 21, 2022.

Dated: August 22, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director

/s/ Joseph E. Borson
JOSEPH E. BORSON
Virginia Bar No. 85519
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 514-1944
Joseph.Borson@usdoj.gov

*Attorneys for Defendants*